IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 5 : 22 CR 583 |
| v. | ) | |
| | ) | Title 26, United States Code, |
| JAMIKA RAYMOND, | ) | Section 7206(1) |
| | ) | |
| Defendant. | ) | JUDGE OLIVER |

FILED
SEP 29 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Defendant JAMIKA RAYMOND was employed in the Northern District of Ohio Eastern Division.

2. Defendant was a tax preparer and operated a tax preparation business. As part of her tax preparation business, Defendant prepared tax returns for individuals.

3. Defendant prepared individual tax returns for herself and filed them with the Internal Revenue Service ("IRS").

## COUNT 1
(Making and Subscribing False Tax Return, 26 U.S.C. § 7206(1))

The First Assistant United States Attorney charges:

4. The allegations set forth in paragraphs 1 through 3 of this Information are re-alleged and incorporated, as though fully set forth herein.

5. On February 19, 2016, in the Northern District of Ohio, Eastern Division, Defendant JAMIKA RAYMOND, did willfully make and subscribe a United States

Individual Income Tax Return (Form 1040), for calendar year 2015, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which Defendant did not believe to be true and correct as to every material matter, in that as she then and there well knew and believed, the return understated her business income on line 12 by failing to report income Defendant had that year, and she knew that in fact her reported total income was false and that her actual total income substantially exceeded the amount reported.

In violation of Title 26, United States Code, Section 7206(1).

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: *[signature]*

MICHAEL L. COLLYER, Chief
White Collar Crimes Unit