UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22 CR 583 |
| | ) | |
|    Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JAMIKA RAYMOND, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
|    Defendant | ) | |

     This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Ms. Jamika Raymond, which was referred to the Magistrate Judge with the consent of the parties.

     On September 29, 2022, the government filed a 1 count Indictment against Ms. Raymond charging her with Making and Subscribing False Tax Return, in violation of Title 26 U.S.C. § 7026(1). Defendant was arraigned on October 17, 2022 before Magistrate Judge Parker, and entered a plea of guilty to count 1 of the Information, with a written plea agreement. Magistrate Judge Parker issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

     Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

     On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Raymond is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis

for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Jamika Raymond is adjudged guilty to count 1 of the Information, in violation of Title 26 U.S.C. § 7206(1). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on February 7, 2023 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 18, 2022